UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Roca, | Case No. CV 21-03732-AB (MARx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Blavity, Inc., | |
| Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 16, 2021  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE